John R. Boothe, et al., v. Sarah Shrout's Adm'r.

**Practice—Deficient Record.**

> Where the clerk's certificate shows that part of a deposition is missing from his office and hence not included in the record, the court of appeals will presume that the judgment below is correct.

APPEAL FROM NICHOLAS CIRCUIT COURT.

September 22, 1874.

OPINION BY JUDGE COFER:

A part of one of appellee's depositions is missing from the record, and the clerk certifies that it is missing from his office; and as the decision of the case depends wholly upon questions of fact, we are bound by a well-established rule, often recognized by this court, to presume, in the absence of a part of the evidence heard by the court of original jurisdiction, that the judgment is right.

Wherefore the judgment is *affirmed.*

*Thomas F. Hargis, for appellants.*
*E. C. Phister, for appellee.*